CHICAGO PNEUMATIC TOOL CO., a Corporation of New Jersey, and Chicago Pneumatic Tool Co., a Corporation of Massachusetts, Appellants, v. HUGHES TOOL CO.

No. 9066.

Circuit Court of Appeals, Third Circuit.

Argued June 18, 1946.

Decided Aug. 26, 1946.

William F. Hall, of Washington, D.C. (William S. Potter, of Wilmington, Del., and R. G. Mullee, of New York City, on the brief), for appellants.

George I. Haight, of Chicago, Ill. (Robert F. Campbell and Lester B. Clark, both of Houston, Tex., and Arthur G. Connolly, of Wilmington, Del., on the brief), for appellee.

Before BIGGS and O'CONNELL, Circuit Judges, and KALODNER, District Judge.

PER CURIAM.

Scrutiny of the briefs and appendices and careful consideration of the oral arguments convince us that the court below committed no error in respect to count 3 of the complaint, the only count before us for consideration. Accordingly the judgment of the court below will be affirmed on the opinion of Judge Leahy, 61 F.Supp. 767, 771, 772.

Judge O'CONNELL participated in the consideration and decision of this case but was unable to collaborate in the preparation of the opinion.